**ORDERED.**

**Dated: July 06, 2010**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

Alan M. Levinsky (SBN: 006702)
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Movant

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

In re:

RICHARD TONY GARCIA and
ANA ROSA GARCIA,

               Debtor(s),
_____
FORD MOTOR CREDIT COMPANY LLC/
CAB WEST LLC (its TITLING COMPANY),

               Movant,
vs

RICHARD TONY GARCIA and
ANA ROSA GARCIA,
RUSSELL BROWN, Trustee,

               Respondent(s)

**Chapter 13**

**No. 2:09-bk-21346 EWH**

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

    This matter coming before this Court pursuant to the Motion of lessor/owner, FORD MOTOR CREDIT COMPANY LLC/ CAB WEST LLC (its TITLING COMPANY), to lift the automatic stay with respect to the Estate's and to the Debtors' interest in the property described as a 2007 LINCOLN MKZ, VIN: 3LNHM26T57R640098 and the Court finding that relief should issue, hereby orders as follows:

F3068.2116 BN 6346617v1

1    IT IS ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11
2  U.S.C. § 362 is lifted and vacated with respect to both the Estate's and the Debtors' interest in the
3  property described above.
4    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is binding in
5  the event that this matter is converted to another Chapter.
6    DATED this _____ day of _____, 2010.

_____
U.S. Bankruptcy Judge

Copy of the foregoing mailed this
_ 8th_ day of June, 2010, to the following:

Richard Tony Garcia
Ana Rosa Garcia
8526 E. Portobello Cr.
Mesa, Arizona 85212
Debtors Pro Se

Russell Brown
3838 North Central Ave., Suite 800
Phoenix, Arizona 85012
Trustee

*/s/ Cathy C. Bohnsack*